IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LUIS NAVARRO,<br>    Plaintiff, | §<br>§<br>§<br>§      EP-21-CV-200-DCG<br>§ |
| SANDRA HIJAR, Warden, FCI La Tuna,<br>and FNU CORRALES, Registered Nurse,<br>FCI La Tuna,<br>    Defendants. | §<br>§<br>§<br>§ |

### FINAL JUDGMENT

In accordance with the Order Accepting the Report and Recommendation of The Magistrate Judge; Granting Defendants' Motion to Dismiss or, in the Alternative, Motion for Summary Judgment; and Dismissing Plaintiff's Amended Complaint signed on this date, the Court enters its Final Judgment, pursuant to Federal Rule of Civil Procedure 58, as follows:

**IT IS FURTHER ORDERED** that Plaintiff Luis Navarro's amended "Complaint" (ECF No. 9) is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that all pending motions, if any, are **DENIED**.

**IT IS FINALLY ORDERED** that the District Clerk shall **CLOSE** this case.

**SIGNED** this ___28th___ day of February 2023.

_____
DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE